IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SHAMEKA MONIQUE ATKINSON, individually and as temporary administratrix of the Estate of Robert L. Atkinson, deceased, <br><br> Plaintiff, <br><br> v. <br><br> NISSAN MOTOR CO., LTD., et al., <br><br> Defendants. | CIVIL ACTION NO.: 2:21-cv-66 |

**O R D E R**

This matter is before the Court after the telephonic status conference on January 19, 2023. At the status conference, the Court indicated it would schedule another status conference prior to the next discovery deadline to ensure discovery was staying on track. Therefore, the Court **DIRECTS** the parties' counsel to appear before the undersigned for a telephonic status conference on Thursday, March 21, 2023, at 3:00 p.m.

**SO ORDERED**, this 24th day of January, 2023.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA